IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **THEDELL DOSS and JUDY ANN McCARROLL DOSS, Inmate #08864-424,** ) ) ) | |
| **Plaintiff,** ) ) | **CIVIL NO. 06-216-JPG** |
| vs. ) ) | |
| **CHARLES R. GILKEY, *et al.*,** ) ) | |
| **Defendants.** ) | |

## MEMORANDUM AND ORDER

**GILBERT, District Judge:**

Currently pending before the Court is Plaintiff Judy Ann McCarroll Doss's motion requesting that the Court waive the filing fee in the action (Doc. 11). On May 24, 2006, the Court issued an order granting *in forma pauperis* status to both Judy Ann McCarroll Doss and co-plaintiff Thedell Doss (Doc. 10). Because Judy Ann McCarroll Doss is currently incarcerated, the granting of *in forma pauperis* status is governed by 28 U.S.C. § 1915, which requires that a prisoner bringing a civil action *in forma pauperis* must pay the full filing fee. However, prisoners are allowed to pay the fee in installments. The Court is required to assess an initial partial filing fee that is 20 percent of the greater of

(A)   the average monthly deposits to the prisoner's account; or
(B)   the average monthly balance in the prisoner's account for the 6-month period immediately preceding the filing of the complaint or notice of appeal.

28 U.S.C. § 1915(b)(1). The Court assessed this fee of $29.87 (based on Judy Ann McCarroll Doss's prison trust fund account statement) in the May 24 order. After the payment of this initial partial filing fee, Plaintiff Judy Ann McCarroll Doss will be required to make monthly payments of

20 percent of the preceding month's income credited to her prison trust fund account that will be forwarded to the Court by the agency holding her in custody each time the amount in her prison trust fund account exceeds $10.  *See* 28 U.S.C. § 1915(b)(2). These statutorily-mandated requirements cannot be waived by the Court.  Accordingly, the motion to waive the filing fee is **DENIED**.

To the extent Plaintiff Judy Ann McCarroll Doss is requesting that the Court waive the initial partial filing fee of $29.87, the motion is **GRANTED**.  The initial partial filing fee is waived. *Plaintiff is advised, however, that she is still under a continuing obligation to pay the filing fee, and monies will be taken out of her prison trust fund account pursuant to 28 U.S.C. § 1915(b)(2) until the filing fee has been paid in full.*

**IT IS SO ORDERED.**

**Dated: July 11, 2006**

      s/ J. Phil Gilbert
      **U. S. District Judge**