UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

THEDELL DOSS and JUDY ANN
MCCARROLL DOSS,

    Plaintiffs,

v.

CHARLES R. GILKEY, FRANCISCO
QUINTANA, NORVELL MEADORS,
PETE POTTIOS, KEITH CHAMBERS,
DARLENE VELTRI, SARA M. REVELL
and AMBER NELSON,

    Defendants.

Case No. 06-cv-216-JPG

## JUDGMENT

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that all claims in this case by plaintiff Judy Ann McCarroll Doss are dismissed without prejudice;

IT IS FURTHER ORDERED AND ADJUDGED that judgment is entered in favor of defendants Charles R. Gilkey, Francisco Quintana, Norvell Meadors, Pete Pottios, Keith Chambers, Darlene Veltri, Sara M. Revell and Amber Nelson and against plaintiff Thedell Doss on Count 1 (equal protection) and Count 2 (due process) and that those counts are dismissed with prejudice;

IT IS FURTHER ORDERED AND ADJUDGED that plaintiff Thedell Doss's claim in Count 3 (First Amendment) is dismissed without prejudice.

**DATED:** July 28, 2009                  JUSTINE FLANAGAN, Acting Clerk

                                                           By:s/Deborah Agans, Deputy Clerk

**Approved:**    s/ J. Phil Gilbert
                  **J. PHIL GILBERT**
                  **DISTRICT JUDGE**